**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brina Hercules De Angel Clark (A 72-) 405-371),<br>　　　　Petitioner,<br>vs.<br>Alberto Gonzales, Attorney General; et al.,<br>　　　　Respondents. | No. CV 05-0695-PHX-JAT (MS)<br>**ORDER** |

Pending before the Court is Respondent's Motion to Transfer to the Court of Appeals pursuant to the "Real ID Act." Pub. L. No. 109-13, 119 Stat. 231 (Division B, Section 106). Petitioner has not responded to the motion.

**IT IS ORDERED** withdrawing the reference to Judge Sitver in this case;

**IT IS FURTHER ORDERED** that the Motion to Transfer (Doc. #20) is granted and the Petition and this action shall be transferred as a petition for review to the United States Court of Appeals for the Ninth Circuit pursuant to section 106(c) of the REAL ID Act of 2005. The Clerk of the Court shall transfer this action forthwith.

DATED this 25th day of October, 2005.

　　　　　　　　　　　　　　　　　　　　／s／ James A. Teilborg
　　　　　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　　　　　　United States District Judge